HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOHNNY CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. 1:92-CR-05247-LJO and |
|---|---|
| Plaintiff, | ) 1:15-CR-00277-LJO )  |
| vs. | ) STIPULATION TO CONTINUE SENTENCING ) HEARING FROM OCTOBER 30, 2017, TO ) NOVEMBER 6, 2017 |
| JOHNNY CRAWFORD, | ) ) Date: November 6, 2017 |
| Defendant. | ) Time: 8:30 a.m. ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Johnny Crawford, that the sentencing hearing currently scheduled for October 30, 2017, be continued to November 6, 2017, at 8:30 a.m.

The defense is requesting this one-week continuance because the defense is waiting for a report from a psychologist, which defense counsel anticipates receiving October 30, 2017. *See* Declaration of Erin Snider at ¶¶ 3-4. The defense believes this report will be relevant to the Court's sentencing determination and, to the extent that Mr. Crawford will be serving time in the custody of the Bureau of Prisons, the psychologist's findings will be necessary to ensure that Mr. Crawford receives adequate treatment in prison.

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 25, 2017  */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 25, 2017  */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOHNNY CRAWFORD


## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, October 30, 2017 at 8:30 a.m. before the Honorable Lawrence J. O'Neill be continued to Monday, November 6, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **October 26, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE